IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN FITZSIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES SECRET SERVICE, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 13-04299 CRB<br><br>**ORDER RE: REQUEST FOR FEDERAL MARSHAL PROTECTION** |

Pro se Plaintiff Erin Fitzsimmons has filed a document with the Court in which she express fear (although she does not identify the source of her fear) and seeks protection from the United States Marshal Service for herself and her two daughters. See Request for Federal Marshall [sic] Protection (dkt. 27). The Court is not empowered to provide Plaintiff with such protection, and so the Request is DENIED. Plaintiff is free to contact the appropriate law enforcement authorities about her concerns.

**IT IS SO ORDERED.**

Dated: October 31, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE