1  Steven M. Cvitanovic (Bar No. 168031)
   Abigail Lighthart (Bar No. 239644)
2  HAIGHT BROWN & BONESTEEL LLP
   Three Embarcadero Center, Suite 200
3  San Francisco, California 94111
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant Snap-On Incorporated

6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

10

11 ERIN FITZSIMMONS,                ) Case No. C13-04299
                                    )
12         Plaintiff,                ) DECLARATION OF DANA
                                    ) DOMBROWSKI IN SUPPORT OF SNAP-
13     vs.                          ) ON INCORPORATED'S MOTION TO
                                    ) DISMISS PLAINTIFF'S COMPLAINT
14 UNITED STATES SECRET SERVICE, et ) [FRCP 12(b)]
   al.,                             )
15                                  ) Date:  December 13
           Defendants.              ) Time:  10:00 a.m.
16 _____ ) Ctrm:  6 (17th Floor)

17

18                                 Judge: Honorable Charles R. Breyer

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

11000-0002402
9966075.1

1

DEFENDANT SNAP-ON'S NOTICE OF
MOTION AND MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

## DECLARATION OF DANA DOMBROWSKI

I, Dana Dombrowski, declare as follows:

1. I am Corporate Counsel for SNAP-ON INCORPORATED ("SNAP-ON"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. SNAP-ON received a copy of the unissued Summons by certified mail on October 9, 2013. Attached hereto as exhibit A is a true and correct copy of the unissued Summons received by SNAP-ON. SNAP-ON did not receive a copy of the Complaint in the October 3, 2013 certified mail envelope including the unissued Summons and did not receive a copy of the Complaint from Plaintiff at any time. Thereafter, on its own accord, SNAP-ON retrieved a copy of the Complaint from this court's PACER electronic filing system.

Executed on November 7, 2013 at Kenosha, Wisconsin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Dana Dombrowski*

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

11000-0002402
9966075.1

2

DEFENDANT SNAP-ON'S NOTICE OF
MOTION AND MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF SAN FRANCISCO )

*ERIN FITZSIMMONS vs. UNITED STATES SECRET SERVICE*
3:13-cv-04299-CRB

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, Suite 200, San Francisco, California 94111.

      On November 8, 2013, I served the within document(s) described as:

**Declaration of Dana Dombrowski in Support of Snap-On Incorporated's Motion to Dismiss Plaintiff's Complaint**

on the interested parties in this action as stated below:

| | |
|---|---|
| Erin Fitzsimmons<br>39481 Gallavdet Drive #132<br>Fremont, CA 94538 | Erin Fitzsimmons<br>1345 Treat Blvd.<br>Walnut Creek, CA 94597 |
| Erin Fitzsimmons<br>3232 W. Rusholme<br>Davenport, IA 52804 | |

[X]  (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown above for the above-entitled case, as listed above.

Executed on November 8, 2013, at San Francisco, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Ollye Robinson
      (Type or print name)                              *(Signature)*

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

11000-0002402
9966072.1

2