**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIN FITZSIMMONS,

       Plaintiff,

  v.

UNITED STATES SECRET SERVICE, ET AL.,

       Defendants.

No. C 13-04299 CRB

**ORDER DISMISSING CASE**

Pro se Plaintiff Erin Fitzsimmons has filed a document with the Court stating that she does "not [wish] to pursue this matter any further" and asking the Court to "close this case." See dkt. 53; see also dkt. 54. Good cause appearing therefor, the Court DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.**

Dated: January 10, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE